RE: Jose A Nunez                                                                                          Case # 18-24781 RAM

## TRUSTEE'S NOTICE OF DEFICIENCY FOR MEETING OF CREDITORS (Pre 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 12/13/18

    Tax returns:                                Corporate Tax Returns:

    Photo ID                LF 90                LF 67        LF 10

    Plan does not fund properly

✔ Calculation errors  ✔ Missing months/amounts     Inconsistent terms  ✔ Plan form completed incorrectly

    Attorney fee itemization or Fee Application needed (see court guideline 6)

✔ 2016(B), SOFA #16 and Plan do not match

✔ Other provisions:       IVL              100%        Lawsuit  ✔ Gambling       MMM

    Reaffirm, redeem or surrender Sch D or G creditor:

    MMM Motion not filed      Valuation motion not filed          Lien Avoidance motion not filed

    Priority debt on Schedule E not in plan:

    Creditor in Plan is not listed in Schedules or has not filed a POC:

    Creditor paid through the Plan has not filed a POC:

    Object or Conform to Proof of Claim:    Miami-Dade County      Tax Certificate (DE#   )     Dept of Revenue
    IRS

✔ OTHER PLAN ISSUES: AP- include case number., atty fee calculation error.

    Real Estate FMV and Payoff:

    Non-Homestead Information Sheet:

    Vehicles FMV (NADA/Carmax), Reg and Payoff:

    Other:

✔ Bank Account Statements     3 months pre-petition
    #0876 (11/20-11/28)

✔ Copy of check(s) and/or explanation: 9/14 $1000, 11/09 $1100

✔ Explanation of withdrawal(s): 9/25 $2610.12

    401K/Retirement/Pension              Annuity              Life Insurance Policy

    Domestic Support Obligation form complete with info: name, address and phone

✔ Wage deduction order or Motion to waive

    BDQ & attachments            Profit/loss      Balance Sheet

    Business Bank statements and checks     3 months pre-petition

    Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was   served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*